■ In the Matter of DANAZAH B. D., Also Known as DANAZAH B. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; AUDREY B., Appellant. [1 NYS3d 865]—

Appeal from an order of the Family Court, Kings County (Ilana Gruebel, J.), dated July 25, 2014. The order, in effect, denied, without a hearing, the mother's motion for the return of the subject child pursuant to Family Court Act § 1028.

Ordered that the order is reversed, on the law, without costs or disbursements, and the matter is remitted to the Family Court, Kings County, for a hearing pursuant to Family Court Act § 1028 and a new determination of the mother's motion thereafter.

The Family Court has no discretion to deny, without a hearing, a parent's application pursuant to Family Court Act § 1028 if the conditions of the statute are satisfied (*see Matter of Prince Mc. [Wendell Mc.]*, 88 AD3d 885, 886 [2011]; *Matter of Kristina R.*, 21 AD3d 560, 562-563 [2005]; *Matter of Cory M.*, 307 AD2d 1035, 1036 [2003]). Here, since the conditions of the statute were satisfied (*see* Family Ct Act § 1028), the Family Court erred by, in effect, denying the mother's motion for return of the subject child pursuant to Family Court Act § 1028 without a hearing (*see Matter of Prince Mc. [Wendell Mc.]*, 88 AD3d at 886; *Matter of Cory M.*, 307 AD2d at 1036).

Accordingly, we remit the matter to the Family Court, Kings County, for a hearing pursuant to Family Court Act § 1028 and a new determination of the mother's motion thereafter. Skelos, J.P., Balkin, Hall and Maltese, JJ., concur.